**STATE of Missouri, Respondent,**

v.

**David Lee WETHERINGTON, Appellant.**

**No. WD 41429.**

Missouri Court of Appeals, Western District.

Dec. 12, 1989.

Randell K. Wood, Springfield, for appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from conviction upon jury trial of manufacturing and having marijuana under his control, section 195.020, RSMo 1986, with sentence of 15 years' imprisonment.

Affirmed. Rule 30.25(b).

**William J. BARTON, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41434.**

Missouri Court of Appeals, Western District.

Dec. 12, 1989.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Elizabeth L. Ziegler, Asst. Atty. Gen., for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from the denial of post-conviction relief sought pursuant to Rule 29.15.

Judgment affirmed. Rule 84.16(b).